# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

## Amended Petition for Warrant for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Steven Roy Smith | **Docket Number**<br>0971 4:13CR00257-001 YGR<br>0971 4:15CR00465-001 YGR |

**Name of Sentencing Judge:**   The Honorable Yvonne Gonzalez Rogers
United States District Judge

**Docket No. CR 13-00257 001 TGR:**
Date of Original Sentence: April 17, 2014

**Docket No. CR 15-00465-001 YGR:**
Date of Original Sentence: June 23, 2016

**Original Offense:**

**Docket No. CR 13-00257 001 TGR:**
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Docket No. CR 15-00465-001 YGR:**
Count One: Escape from Custody, 18 U.S.C. § 751(a) and 18 U.S.C § 4082(a), a Class D Felony.

**Original Sentence:**

**Docket No. CR 13-00257 001 TGR:**
35 months custody, 3 years supervised release.

**Docket No. CR 15-00465-001 YGR:**
9 months consecutive to any custody time remaining on Docket No. CR 13- 00257-001 YGR; 3 years supervised release.

**Special Conditions:**
Abstain from the use of all alcoholic beverages; participate in a program of testing and treatment for drug abuse; pay a total $200 special assessment; participate in a mental health treatment program; not possess any false identification and provide his true identity at all time; search by any law enforcement officer; not own or possess any firearms, ammunition, destructive device, or other dangerous weapons; complete 20 hours per week of community service, when not employed at least part-time and/or enrolled in an educational or vocational program; reside at

**RE:**   Smith, Steven Roy                                                                                                  2
         0971 4:13CR00257-001 YGR
         0971 4:15CR00465-001 YGR

the Residential Reentry Center for up to 90 days; and DNA collection. You must participate in the Location Monitoring Program as directed by the probation officer for a period of 90 days and be technology at the discretion of the probation officer. Location monitoring shall be utilized to verify your compliance with a curfew while on the program.

**Prior Form(s) 12:**
On July 11, 2017, a Petition for Arrest Warrant was filed alleging the following conduct: Mr. Smith failed to refrain from unlawful use of a controlled substance; failed to participate in drug testing; failed to participate in a mental health program; and failed to notify the probation officer ten days prior to his change in residence. On October 11, 2017, an Amended Petition for Arrest Warrant was filed adding Charge Five which alleged new criminal conduct regarding a domestic incident. On November 30, 2017, Mr. Smith admitted to Charges One, Two, Three, and Four of the Amended Petition for Arrest Warrant filed on October 11, 2017. On January 3, 2018, Your Honor revoked Mr. Smith's supervision and sentenced him to time served followed by 28 months of supervised release. He was also ordered to participate in the San Francisco Conservation Corps and reside at a Residential Reentry Center, for a period of up to six months at the discretion of the probation officer.

On November 8, 2018, a Petition for Arrest Warrant was field alleging the following conduct: Mr. Smith being terminated from the Residential Reentry Center (RRC); possessed a controlled substance; failed to participate in a mental health program; committed a state crime; left the district
without the permission of the court or probation officer; failed to notify the probation officer regarding police contact; association with a felon; and not contacting the probation officer. On January 15, 2019, an Amended Petition for Arrest Warrant was filed due to Mr. Smith being arrested and charged with being in possession of a large capacity magazine.

On May 30, 2019, Mr. Smith admitted to Charges Two, Three, Five, Six, and Eight of the Amended Petition for Arrest Warrant filed on January 15, 2019. Your Honor revoked Mr. Smith's supervision and sentenced him to 8 months of custody, followed by 20 months of supervised release (to run concurrently to each case). The matter was set for status on October 24, 2019, at the request of the probation officer.

On November 1, 2019, a Petition for Arrest Warrant was filed after Mr. Smith failed to report for status hearings set before Your Honor, and new allegations of criminal conduct. On April 23, 2021, Mr. Smith appeared before Magistrate Judge Robert Illman, and was arraigned on Charges One, Two, and Three listed in the Amended Petition for Arrest Warrant filed on April 3, 2020. On April 27, 2021, a Second Amened Petition for Warrant was filed to allege additional charges stemming from new criminal conduct. On April 29, 2021, Mr. Smith appeared before Magistrate Judge Robert Illman, and was arraigned on the additional charge and the matter was set for further status regarding detention on May 6, 2021. On May 6, 2021, Mr. Smith appeared before Magistrate Judge Kandis Westmore, and was released on home detention. Mr. Smith was ordered to appear before Your Honor on June 21, 2021. The matter was subsequently continued to September 23, 2021.

| | | |
|---|---|---|
| **RE:** | Smith, Steven Roy | 3 |
| | 0971 4:13CR00257-001 YGR | |
| | 0971 4:15CR00465-001 YGR | |

On September 23, 2021, Mr. Smith was sentenced to time served which ran concurrent with case number 0971 4:15CR00465-001, with twelve (12) months supervised release which runs concurrent with case number 0971 4:15CR00465-001.

On November 16, 2021, a Petition for Arrest Warrant was filed after Mr. Smith failed to comply with the obligations surrounding Location Monitoring, and drug usage. On December 20, 2021, an Amended Petition for Arrest Warrant was filed adding Charge Four which alleged new criminal conduct surrounding a domestic incident. Mr. Smith appeared before Magistrate Judge Donna Ryu, and was arraigned on Charges One, Two, Three, and Four listed in the Amended Petition for Arrest Warrant filed on December 20, 2021. On March 21, 2022, Your Honor revoked Mr. Smith's supervision and sentenced him to time served to run concurrently to case number 0971 4:13CR00257-001 followed by 8 months of supervised release.

On April 20, 2022, a Petition for Arrest Warrant was filed after Mr. Smith tested positive for the use of marijuana, methamphetamine, and cocaine; failed to report as instructed by the probation officer; violated the terms of location monitoring; and violated the law in that it is alleged he committed Aggravated Assault and Kidnapping in Tucson, Arizona.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | March 21, 2022 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Cynthia Johnson | Scott Sugarman (Appointed) |

---

**Petitioning the Court to take notice of the addition of Charges Five and Six, as indicated in bold. This petition supersedes the Petition for Arrest Warrant filed on April 20, 2022.**

I, Manuel Perez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated mandatory condition number three that you must refrain from any unlawful use of a controlled substance. |

**RE:**  Smith, Steven Roy 4
 0971 4:13CR00257-001 YGR
 0971 4:15CR00465-001 YGR

On or around March 30, 2022, Steven Smith presumptively tested positive for marijuana, methamphetamine, and cocaine. Mr. Smith verbally admitted to marijuana use but denied methamphetamine or Cocaine use. The collected test was not sent for further confirmation.

Evidence in support of this charge is contained in the signed correspondence Admission Form received from the U.S. Probation Office in the District of Arizona.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the person under supervision violated standard condition number two that you must report to the probation officer, and you must report to the probation officer as instructed. |

On April 4, 2022, Steven Smith failed to report to his scheduled office visit in the District of Arizona.

Evidence in support of this charge is contained in the chronological records for the U.S. Probation Office in the District of Arizona dated April 4, 2022.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that the person under supervision violated special condition number ten that you must participate in the Location Monitoring Program as directed by the probation officer for a period of 90 days and be monitored by location monitoring technology at the discretion of the probation officer. |

On April 4, 2022, Steven Smith was out of rang on his Location Monitoring device on two separate occasions during the times he was supposed to be at his residence. When contacted, he advised his officer that we went outside to smoke, but he is aware he was only allowed to smoke on his balcony which was within range.

Evidence in support of this charge is contained in the chronological records for the U.S. Probation Office in the District of Arizona dated April 4, 2022.

RE:   Smith, Steven Roy 5
      0971 4:13CR00257-001 YGR
      0971 4:15CR00465-001 YGR

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe that the person under supervision violated special condition number ten that you must not commit another federal, state, or local crime. |

      On April 18, 2022, Steven Smith was in violation of Arizona Penal Code § ARS 13-1204(A)(B) – Aggravated Assault, a felony, and a violation of Arizona Penal Code § 13-1304-Kidnapping, a felony.

      Antrenole Jefferson and Steven Smith have been romantically involved for 5 years and currently reside together. According to the Tucson Police Department, On or about April 15, 2022, Steven Smith woke the victim up and began calling her lazy and fat. He began pushing and "choking her." The victim fought back. She left to stay with her sister for two days. Mr. Smith sent her text messages threatening to burn her belongings and damage her property if she did not return home. The victim returned home in fear of bringing trouble to her sister's house. Once she arrived, Mr. Smith punched her on the back of the head several times. He wrapped his hands around her neck, preventing the victim from breathing. Mr. Smith told her he was going to kill her. The victim attempted to open a window in an attempt to jump from the second story apartment because she thought she was going to be killed. Mr. Smith placed her in a rear chokehold and pulled her back away from the window. She was unable to breathe during this second strangulation. At this time, her sister responded to check on her and witnessed Mr. Smith choking the victim. The victim yelled for her to call 911 and Mr. Smith let her go. The victim ran to the front entrance door in a second attempt to escape; however, Mr. Smith continued to pull and drag the victim inside the apartment. The victim was eventually able to run out of the apartment. Mr. Smith ran after the victim and her sister. The victim's sister was armed with a handgun, and she shot Mr. Smith. The extent of his injuries are unknown and according to the Tucson Police Department, Mr. Smith's current whereabouts are unknown.

      Evidence in support of this charge is contained in the Tucson Arizona official police report and in the chronological records for the U.S. Probation Office in the District of Arizona and the Tucson Police Department Official Report – Case Number 2204180070.

RE:  Smith, Steven Roy 6
       0971 4:13CR00257-001 YGR
       0971 4:15CR00465-001 YGR

| Charge Number | Violation |
|---|---|
| Five | There is probable cause to believe that the person under supervision violated mandatory condition number two that the defendant shall not commit another federal, state, or local crime. |

> On September 5, 2022, Steven Smith was found in possession of a firearm in violation of state and federal law.
>
> On September 5, 2022, San Francisco Police Officers Vander Horn and Simpson observed three individuals running southbound on Mission St, crossing 16th St.  Subject One who, was later identified as Steven Roy Smith, was with another unknown individual (subject two), chasing (subject three), later to be identified as Lewarren Jackson.  Mr. Smith was wearing a ski mask, black jacket, white shirt, and camouflage sweatpants. Officer Vander Horn saw Mr. Smith reaching into his waistband while chasing Jackson.
>
> When Mr. Smith saw the patrol vehicle, he stopped running southbound and turned around heading north on Mission St. Officer Vander Horn and Officer Simpson got out the patrol vehicle and began foot pursuit behind Mr. Smith. Officer Vander Horn saw Mr. Smith appear to reach into his waistband and then saw him reach his hand underneath and behind a folding chair near a tent.  At that time, Mr. Smith was detained on the ground. During a search of the area, Officer Simpson found a black pistol with a loaded extended 34 round magazine behind the tent where Mr. Smith was reaching before being detained. Twenty rounds of ammunition were in the magazine.  The firearm had no serial number and appeared to be a ghost gun.
>
> Lewarren Jackson was detained shortly after Mr. Smith.  During an arrest search of Mr. Jackson, San Francisco Police Officer Pinnel recovered a clear plastic baggie containing suspected methamphetamine in his pants pocket.
>
> Mr. Smith was arrested and booked in the San Francisco County Jail. He was formally charged with the following counts:
>
> Count 1 - Concealed Firearm on Convicted Person, Penal Code 25400(a)(2), a felony; Count Two - Convicted Person Carrying a Loaded Firearm, Penal Code 25850(a), a felony; Count 3 - Felon in Possession of a Firearm, Penal Code 29800(a)(1), a felony; and Count 4 - Unlawful Possession of a Controlled Substance with a Firearm, Penal Code 11370.1(a), a felony.

**RE:**   Smith, Steven Roy  7
        0971 4:13CR00257-001 YGR
        0971 4:15CR00465-001 YGR

On March 7, 2023, Mr. Smith pled guilty to Count 3 – Felon in Possession of a Firearm, in violation of California Penal Code

29800(a)(1), a felony. Mr. Smith was sentenced to time served for 368 days and two years of formal probation.

Evidence in support of this charge is contained in the San Francisco Police Department Incident Report – 220604278 and the Superior Court of California, County of San Francisco – Probation Order – Case Number CRI-22010234.

| Charge Number | Violation |
| --- | --- |
| Six | There is probable cause to believe that the person under supervision violated mandatory condition number four that the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

On September 5, 2022, Steven Smith was found in possession of a firearm.

On September 5, 2022, San Francisco Police Officers Vander Horn and Simpson observed three individuals running southbound on Mission St, crossing 16th St. Subject One who, was later identified as Steven Roy Smith, was with another unknown individual (subject two), chasing (subject three), later to be identified as Lewarren Jackson. Mr. Smith was wearing a ski mask, black jacket, white shirt, and camouflage sweatpants. Officer Vander Horn saw Mr. Smith reaching into his waistband while chasing Jackson.

When Mr. Smith saw the patrol vehicle, he stopped running southbound and turned around heading north on Mission St. Officer Vander Horn and Officer Simpson got out the patrol vehicle and began foot pursuit behind Mr. Smith. Officer Vander Horn saw Mr. Smith appear to reach into his waistband and then saw him reach his hand underneath and behind a folding chair near a tent. At that time, Mr. Smith was detained on the ground. During a search of the area, Officer Simpson found a black pistol with a loaded extended 34 round magazine behind the tent where Mr. Smith was reaching before being detained. Twenty rounds of ammunition were in the magazine. The firearm had no serial number and appeared to be a ghost gun.

On March 7, 2023, Mr. Smith pled guilty to Felon in Possession of a Firearm, in violation of California Penal Code 29800(a)(1), a felony. Mr. Smith was sentenced to time served for 368 days and two years of formal probation.

**RE:** Smith, Steven Roy 8
0971 4:13CR00257-001 YGR
0971 4:15CR00465-001 YGR

Evidence in support of this charge is contained in the San Francisco Police Department Incident Report – 220604278 and the Superior Court of California, County of San Francisco – Probation Order – Case Number CRI-22010234.

Based on the foregoing, there is probable cause to believe that Steven Roy Smith violated the conditions of his supervised release. Mr. Smith is in the custody of the U.S. Marshal and is set to appear before Your Honor on May 11, 2023, at 9:00 a.m.

Respectfully submitted, Reviewed by:

_____ _____
Manuel Perez Kevin L. Thomas
U.S. Probation Officer Supervisory U.S. Probation Officer
Date Signed: April 28, 2023

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X] The Court takes notice of the addition of the addition of Charges Five and Six.

[ ] Other:

___5/2/2023_____ _____
Date Yvonne Gonzalez Rogers
United States District Judge

**RE:**   Smith, Steven Roy 9
0971 4:13CR00257-001 YGR
0971 4:15CR00465-001 YGR

APPENDIX

Grade of Violations:  **A  USSG § 7B1.1(a)(1), p.s.**

Criminal History at time of sentencing: IV

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody** | Two years<br>18 U.S.C. § 3583(e)(3) | **24 - 30 months**<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | Three years, less any time in custody upon revocation 18 U.S.C. § 3583(h) | Three years, less any time in custody upon revocation USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not Authorized | Not Applicable |

NDC-SUPV-FORM 12C(2)  4/6/2015